```
              UNITED STATES BANKRUPTCY COURT
              NORTHERN DISTRICT OF GEORGIA
                     ATLANTA DIVISION
```

**TRUSTEE'S SUPPLEMENTAL REPORT**

**FOLLOWING CONFIRMATION HEARING HELD ON OCTOBER 5, 2017**

CASE NO.:   17-62776-PMB

DEBTOR:    JOSHUA W. WADDELL

**TRUSTEE TO REPORT BACK IN 10 DAYS**

WHETHER CASE HAS CONVERTED TO CHAPTER 7 OR CHAPTER 11.

**THE TRUSTEE HAS REVIEWED THE CASE AS INSTRUCTED AND**

HAS RECEIVED NO NOTICE OF CONVERSION.

PLEASE ENTER AN ORDER OF DISMISSAL IF CASE HAS NOT BEEN

CONVERTED.

October 18, 2017

```
                        _____/s/_____
                        Jason L. Rogers, Attorney for the
                        Chapter 13 Trustee
                        GA Bar No.  142575
```

Adam M. Goodman, Chapter 13 Trustee
Suite 200 – 260 Peachtree Street, N.W.
Atlanta, Georgia  30303
(678) 510-1444

17-62776-PMB

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served

DEBTOR:

Joshua William Waddell
12430 Whiteside Rd.
Palmetto, GA 30268

ATTORNEY FOR DEBTOR:

Matthew T. Berry & Associates
Suite 600
2751 Buford Highway, NE
Atlanta, GA 30324

the above in the foregoing matter with a copy of this pleading by depositing same in the United States Mail in a properly addressed envelope with adequate postage thereon.

This __18th_____ day of October, 2017.


_____/s/_____
Jason L. Rogers, Attorney for the
Chapter 13 Trustee
GA Bar No.  142575




Adam M. Goodman, Chapter 13 Trustee
Suite 200 – 260 Peachtree Street, N.W.
Atlanta, Georgia  30303
(678) 510-1444